## **VERIFICATION**

    I, MARY BLEICK, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I am a Plaintiff in the foregoing Verified Complaint for Declaratory, Injunctive, and Other Relief, that I have read the Verified Complaint, and that the factual allegations contained therein are true and correct to the best of my knowledge, information, and belief.

    Executed on :  10 / 02 / 2025

_____
Mary Bleick

Doc ID: ffd4f8f017431a281b0bee0f7e887f8fd058ac44



Audit trail

| | |
|---|---|
| Title | Verification_Bleick.pdf |
| File name | Verification_Bleick.pdf |
| Document ID | ffd4f8f017431a281b0bee0f7e887f8fd058ac44 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**
**10 / 01 / 2025**
18:27:05 UTC

Sent for signature to Mary Grace Bleick ▬▬▬▬▬▬▬▬▬▬▬▬ from jcrossman@dannlaw.com
IP: 184.184.135.209

**VIEWED**
**10 / 02 / 2025**
12:25:04 UTC

Viewed by Mary Grace Bleick ▬▬▬▬▬▬▬▬▬▬▬▬
IP: 45.23.232.158

**SIGNED**
**10 / 02 / 2025**
12:26:52 UTC

Signed by Mary Grace Bleick ▬▬▬▬▬▬▬▬▬▬▬▬
IP: 45.23.232.158

**COMPLETED**
**10 / 02 / 2025**
12:26:52 UTC

The document has been completed.