## **VERIFICATION**

      I, **TODD BUTLER**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I am a Plaintiff in the foregoing Verified Complaint for Declaratory, Injunctive, and Other Relief, that I have read the Verified Complaint, and that the factual allegations contained therein are true and correct to the best of my knowledge, information, and belief.

Executed on: 10 / 02 / 2025

_____
Todd Butler

Doc ID: 15e5ec913f5e1faa46219dba805cf32bfc9448d9

 **Dropbox** Sign                                                                                   Audit trail

| | |
|---|---|
| Title | Verification_Butler.pdf |
| File name | Verification_Butler.pdf |
| Document ID | 15e5ec913f5e1faa46219dba805cf32bfc9448d9 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**      **10 / 01 / 2025**      Sent for signature to Todd Butler ▬▬▬▬▬▬▬▬▬▬▬▬ )
              18:26:08 UTC            from jcrossman@dannlaw.com
                                      IP: 184.184.135.209

**VIEWED**    **10 / 02 / 2025**      Viewed by Todd Butler ▬▬▬▬▬▬▬▬▬▬▬▬▬
              12:11:46 UTC            IP: 45.23.232.158

**SIGNED**    **10 / 02 / 2025**      Signed by Todd Butler ▬▬▬▬▬▬▬▬▬▬▬▬▬
              12:12:05 UTC            IP: 45.23.232.158

**COMPLETED** **10 / 02 / 2025**      The document has been completed.
              12:12:05 UTC