## **VERIFICATION**

    I, **ALLEN SKIERSKI**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I am a Plaintiff in the foregoing Verified Complaint for Declaratory, Injunctive, and Other Relief, that I have read the Verified Complaint, and that the factual allegations contained therein are true and correct to the best of my knowledge, information, and belief.

Executed on: 10 / 02 / 2025

_____
Allen Skierski

Doc ID: 0f11e95479aa631179de3092bd5213798620742e

 **Dropbox Sign**  Audit trail

| | |
|---|---|
| Title | Verification_Skierski.pdf |
| File name | Verification_Skierski.pdf |
| Document ID | 0f11e95479aa631179de3092bd5213798620742e |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**
**10 / 01 / 2025**
18:25:11 UTC
Sent for signature to Al Skierski
from jcrossman@dannlaw.com
IP: 184.184.135.209

**VIEWED**
**10 / 02 / 2025**
16:04:02 UTC
Viewed by Al Skierski
IP: 104.28.104.81

**SIGNED**
**10 / 02 / 2025**
16:07:09 UTC
Signed by Al Skierski
IP: 104.28.104.81

**COMPLETED**
**10 / 02 / 2025**
16:07:09 UTC
The document has been completed.