## **VERIFICATION**

      I, **GARY PETRIME**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I am a Plaintiff in the foregoing Verified Complaint for Declaratory, Injunctive, and Other Relief, that I have read the Verified Complaint, and that the factual allegations contained therein are true and correct to the best of my knowledge, information, and belief.

      Executed on : __10 / 02 / 2025__

_____
Gary Petrime

Doc ID: d27da3283ed01af418ffdb17069219e24af19bcb

**Dropbox Sign**  Audit trail

| | |
|---|---|
| Title | Verification_Petrime.pdf |
| File name | Verification_Petrime.pdf |
| Document ID | d27da3283ed01af418ffdb17069219e24af19bcb |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
**10 / 01 / 2025**  
18:28:44 UTC  
Sent for signature to Gary Petrime ▮▮▮▮▮▮▮▮▮m  
jcrossman@dannlaw.com  
IP: 184.184.135.209

**VIEWED**  
**10 / 02 / 2025**  
18:22:57 UTC  
Viewed by Gary Petrime ▮▮▮▮▮▮▮▮  
IP: 99.75.78.192

**SIGNED**  
**10 / 02 / 2025**  
18:23:30 UTC  
Signed by Gary Petrime ▮▮▮▮▮▮▮▮  
IP: 99.75.78.192

**COMPLETED**  
**10 / 02 / 2025**  
18:23:30 UTC  
The document has been completed.

Powered by **Dropbox Sign**