# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MARY BLIECK, *et al.*, | : |
| | : |
| Plaintiff, | : Case No. 2:25-CV-1140 |
| | : |
| v. | : Judge Algenon L. Marbley |
| | : |
| SHERYL MAXFIELD, *et al.*, | : Magistrate Judge Elizabeth P. Deavers |
| | : |
| Defendants. | : |

## ORDER

The Honorable Algenon L. Marbley hereby recuses himself from the above-styled case. This case is to be transferred back to the unassigned docket and redrawn for assignment.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATE: November 19, 2025**