UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARY BLEICK**, *et al.*,
        Plaintiffs,

    v.                                        Case Number 2:25-cv-1140
                                                  Judge Edmund A. Sargus, Jr.

**SHERYL MAXFIELD**, *et al.*,
        Defendants.

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:       Telephone Conference

TYPE OF PROCEEDING: **Rule 65.1 Telephone Conference**

**TAKE NOTICE** that a <u>Rule 65.1 Telephone Conference</u> will be held before the Honorable Edmund A. Sargus, Jr. on **November 21, 2025 at 11:00 a.m.**

**Telephone Conference Instructions:**
- The parties are directed to call **1-646-828-7666**
- Enter the meeting ID **161 760 7265** and press **#**
- It will prompt you to enter your participant ID or press #. Press **#**
- Enter the conference passcode **182928** and press **#**

                                                **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**

DATE:   November 20, 2025

                                                   /s /   Christin M. Werner
                                                 (By) Christin M. Werner, Deputy Clerk