UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARY BLEICK,** *et al.***,**
      **Plaintiffs,**

    v.                                        Case Number 2:25-cv-1140
                                                    Judge Edmund A. Sargus, Jr.

**SHERYL MAXFIELD,** *et al.***,**
      **Defendants.**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:    United States District Court
            Joseph P. Kinneary U.S. Courthouse    **Courtroom Number 311**
            85 Marconi Boulevard                       **December 8, 2025 at 10:00 a.m.**
            Columbus, Ohio 43215

TYPE OF PROCEEDING: **Oral Argument**


                                                           **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**

DATE:   November 21, 2025

                                                           /s /   Christin M. Werner
                                                          (By) Christin M. Werner, Deputy Clerk