UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARY BLEICK,** *et al.*,

        Plaintiffs,                          Civil Action No. 2:25-cv-1140

     v.                                 Judge Edmund A. Sargus, Jr.

                                          Magistrate Judge Elizabeth P. Deavers

**SHERYL MAXFIELD,** *et al.*,

        Defendants.

## ORDER

This matter came before the Court for a telephone conference pursuant to Local Civil Rule 65.1 on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") (ECF No. 20) on November 21, 2025.  (ECF No. 34.)  All Parties were represented.  As a result of that conference, a hearing on the Motion ("Hearing") is scheduled for December 8, 2025, at 10:00 a.m.  Notice of the Hearing has been filed on the Court's docket.  (ECF No. 35.)

The Court vacates the December 1, 2025 deadline for Defendants to file a response to the Motion and the December 15, 2025 deadline for Plaintiffs to file a reply.  (ECF No. 25.)  The Court sets November 24, 2025, as the deadline for Defendants to file a response to the Motion and December 5, 2025, as the deadline for Plaintiffs to file a reply.  The deadline for Defendants to file a responsive pleading to Plaintiffs' Complaint (ECF No. 1) is 14 days after this Court issues a decision on Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 3).

The Parties are instructed to meet and confer regarding stipulations of fact related to the Motion and the need for witnesses at the Hearing.  If the Parties agree to stipulations of fact, they are ordered to file a joint notice with the stipulations of fact on or before December 5, 2025.  If any Party decides to present a witness at the Hearing, that Party is ordered to (1) inform the law

clerk of that decision via email at margo_karl@ohsd.uscourts.gov by November 26, 2025, at 12:00 p.m. and (2) file a notice with the name(s) of the witness(es) on or before December 5, 2025.

This case remains open.

**IT IS SO ORDERED.**

**11/21/2025**                                          **s/Edmund A. Sargus, Jr.**
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**