UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MARY BLEICK**, *et al.*, | Case No.: 2:25-cv-01140 |
| Plaintiffs, | Judge Edmund A. Sargus, Jr. |
| v. | |
| **SHERYL MAXFIELD**, in her official capacity as Director of Commerce, *et al.*, | |
| Defendants. | |

**DECLARATION OF AMY SCHELLHAMMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR TEMPORARY RESTRAINING ORDER**

I, Amy Schellhammer, make the following Declaration pursuant to 28 U.S.C. § 1746(2):

1. I make this Declaration based on my personal knowledge and review of records maintained in the ordinary course of business by the Ohio Department of Commerce, Division of Unclaimed Funds (the "Division").

2. I am the Finance Manager for the Division.

3. In my role at the Division, I have access to the documents that form the basis for this Declaration.

**PLAINTIFFS' UNCLAIMED FUNDS**

4. I have reviewed the Division's records relating to unclaimed funds currently in Ohio's Unclaimed Funds Trust Fund ("UFTF") reported to be owned by individuals with the names of the four Plaintiffs in this lawsuit, Mary Bleick, Todd Butler, Allen Skierski, and Gary Petrime.

5. The Division has confirmed that each of those Plaintiffs has one or more unclaimed funds properties in amounts that range between $2.79 and $54.71.

6. Mary Bleick has one unclaimed funds property reported to the Division for $5.26 (ID# 13469138).

7. Allen Skierski has two unclaimed funds properties reported to the Division, one for $20.92 (ID# 15526212) and one for $54.71 (ID# 27307077).

8. Todd Butler has two unclaimed funds properties reported to the Division, one for $2.79 (ID# 16227419) and one for $25.60 (ID# 28742523).

9. Gary Petrime individually has five unclaimed funds properties reported to the Division, and an additional unclaimed funds property jointly with a person named Kim Petrime. His entries are as follows:

| Name | ID# | Amount |
|---|---|---|
| Gary Petrime | 6957956 | $11.12 |
| Gary Petrime | 10437393 | $34.78 |
| Gary Petrime | 12032097 | $26.22 |
| Gary Petrime | 12032098 | $36.98 |
| Gary Petrime | 12032099 | $19.17 |
| Gary & Kim Petrime | 29745617 | $35.07 |

**THE DIVISION PROVIDES NOTICE AND OVERSEES THE STATUTORY AND REGULATORY NOTICE REQUIREMENTS**

10. Before any unclaimed funds are reported and remitted to the UFTF, the holder reporting those funds is required to send notice to each owner of each item of unclaimed funds having a value of $50 dollars or more at the last known address of the owner as shown by the records of the holder.

11. That notice must set forth the nature and identifying number, if any, or description of the funds and the amount appearing on the holder's records due to the owner or beneficiary.

12. The notice also must inform the owner or beneficiary that the funds will, thirty days after the mailing of the notice, be reported to the Division as unclaimed funds.

13. The notice must include a self-addressed, stamped envelope with instructions that the owner or beneficiary may use the envelope to inform the holder of the owner's or beneficiary's continued interest in the funds. If the holder is so informed before the date for making the report to the Director of Commerce, the holder should not report the funds to the Director of Commerce.

14. For funds with a value of between $50 and $999.99, the notice must be mailed by first class mail; for funds with a value of at least $1,000, the notice must be mailed by certified mail, return receipt requested, unless the holder has verified that the last known address of the owner or beneficiary as shown by the records of the holder is not accurate.

15. Additionally, the Division has the authority to – and does – audit holders to confirm their compliance with the Unclaimed Funds Law including making one last attempt to contact the unclaimed funds owners and notify them their funds will be reported to the Ohio Department of Commerce as unclaimed if they fail to respond.

16. Once the funds are remitted to the UFTF, the Director of Commerce is required to, and does, provide *yearly* publication notice to all owners of unclaimed funds in all 88 Ohio counties, with specific reference to the names and last known addresses for unclaimed funds owners in each respective county reportedly owed fifty dollars or more.

17. Additionally, the Director of Commerce is statutorily required to, and does, make available during business hours a list of the owners of unclaimed funds over $10 with the same individual specificities.

18. The Director of Commerce also is authorized to give additional notice using any electronic or print medium that the Director of Commerce deems necessary to inform the owner of the whereabouts of his or her funds, which the Director of Commerce does through the website the Division maintains at https://unclaimedfunds.ohio.gov/. Individuals can access a database of

unclaimed funds held in the UFTF and initiate a claim for funds belonging to them through that website 24 hours a day, seven days a week.

19. That website also contains useful and free information for individuals who want to initiate a claim to recover their funds. (*See, e.g.*, Ohio Department of Commerce Division of Unclaimed Funds, *Ohio Unclaimed Funds – Claim Your Lost Money*, https://com.ohio.gov/divisions-and-programs/unclaimed-funds; Ohio Department of Commerce Division of Unclaimed Funds, *What Are Unclaimed Funds* https://com.ohio.gov/divisions-and-programs/unclaimed-funds/about-unclaimed-funds.)

## **THE UFTF AND THE UPCOMING ESCHEAT OF FUNDS**

20. Presently there is over $4 billion in the UFTF.

21. Of that amount, approximately $1.7 – 1.9 billion is scheduled to escheat on January 1, 2026 under H.B. 96.

22. In the aggregate, Plaintiffs have funds amounting only to $272.62 in the UFTF, representing approximately 0.000007% of the total funds currently in the UFTF. Most of those funds will not escheat on January 1, 2026. But, even if they did, any claims for those funds still would represent only approximately 0.000014% of the total funds that will remain in the UFTF on January 1, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2025, in Columbus, Ohio.

_____
Amy Schellhammer