UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARY BLEICK, *et al.*, | ) Case No.: 2:25-cv-01140 |
| Plaintiffs, | ) Judge Edmund A. Sargus, Jr. |
| v. | ) |
| SHERYL MAXFIELD, in her official capacity as Director of Commerce, *et al.*, | ) |
| Defendants. | ) |

**DECLARATION OF ZACHARY PROUTY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR TEMPORARY RESTRAINING ORDER**

I, Zachary Prouty, make the following Declaration pursuant to 28 U.S.C. § 1746(2):

1. I make this Declaration based on my personal knowledge.

2. I am the Deputy Chief of Staff for the Ohio Treasurer's Office.

3. In my role at the Ohio Treasurer's Office, I have firsthand knowledge of the duties the Ohio Treasurer's Office holds with respect to funds in Ohio's Unclaimed Funds Trust Fund (the "UFTF"), and how House Bill 96 ("H.B. 96") will affect those duties after January 1, 2026.

4. The Ohio Treasurer's Office will not be tasked with causing any funds to escheat from the UFTF pursuant to H.B. 96.

5. The Ohio Treasurer's Office also will play no role with respect to the appropriation or expenditure of any funds that will be escheated from the UFTF pursuant to H.B. 96.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

6.  The UFTF funds that are escheated will be deposited in the state treasury. The Ohio Treasurer's sole duty with respect to UFTF funds, subject to the oversight of the Ohio Board of Deposit, is to maintain the state treasury's bank account and the investment thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2025, in Columbus, Ohio.

_____
Zachary Prouty