UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARY BLEICK, *et al.*, | ) Case No.: 2:25-cv-01140 |
| Plaintiffs, | ) Judge Edmund A. Sargus, Jr. |
| v. | ) |
| SHERYL MAXFIELD, in her official capacity as Director of Commerce, *et al.*, | ) |
| Defendants. | ) |

**DECLARATION OF JOY BLEDSOE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR <u>TEMPORARY RESTRAINING ORDER</u>**

I, Joy Bledsoe, make the following Declaration pursuant to 28 U.S.C. § 1746(2):

1. I make this Declaration based on my personal knowledge.

2. I am the Executive Director for the Ohio Facilities Construction Commission ("OFCC").

3. I have assessed whether the OFCC will be tasked with playing any role in administering Ohio's Unclaimed Funds Trust Fund ("UFTF") under House Bill 96 ("H.B. 96"), and I have confirmed that the OFCC will, in fact, have no role or responsibilities with regard to the UFTF.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2025, in Columbus, Ohio.

*/s/ Joy Bledsoe*
Joy Bledsoe