# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MARY BLEICK,** *et al.*, | ) Case No.: 2:25-cv-01140 |
| Plaintiffs, | ) Judge Edmund A. Sargus, Jr. |
| v. | ) |
| **SHERYL MAXFIELD, in her official capacity as Director of Commerce,** *et al.*, | ) |
| Defendants. | ) |

## DEFENDANTS' WITNESS LIST FOR THE DECEMBER 8, 2025 HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR TEMPORARY RESTRAINING ORDER

Defendants Sheryl Maxfield (in her official capacity as Director of the Ohio Department of Commerce), Akil Hardy (in his official capacity as Superintendent of the Ohio Division of Unclaimed Funds), Robert Sprague (in his official capacity as Ohio Treasurer), and Joy Bledsoe (in her official capacity as Executive Director of the Ohio Facilities Construction Commission), by and through counsel, hereby provide notice that they intend to call the following witnesses to testify at the December 8, 2025 Hearing on Plaintiffs' Motion for Preliminary Injunction and for Temporary Restraining Order:

1. Amy Schellhammer, Finance Manager at The Ohio Department of Commerce Division of Unclaimed Funds, 77 South High Street, Columbus, Ohio 43215;

2. Patrick Marr, Chief Information Officer at Kelmar Associates, LLC, 500 Edgewater Drive, Suite 525, Wakefield, MA 01880, who will provide testimony via Zoom; and

3. Defendant reserves the right to call any witnesses presented or disclosed by Plaintiffs as on cross-examination.

Respectfully submitted,

*/s/ Aneca E. Lasley*
Aneca E. Lasley (0072366) (Trial Attorney)
Andrea E. Howell (0101138)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, Ohio 43215
Tel: (614) 462-2700/Fax: (614) 462-5135
Aneca.Lasley@icemiller.com
Andrea.Howell@icemiller.com

Joshua Klarfeld (0079833)
ICE MILLER LLP
600 Superior Ave East, Suite 1300
Cleveland, OH 44114
Tel: (216) 394-5063
Joshua.Klarfeld@icemiller.com

John D. French (#37629-53)
*(Pro Hac Vice)*
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Tel: (317) 236-2100/Fax: (317)-236-2219
JD.French@icemiller.com

*Special Counsel for Defendants Sheryl Maxfield (in her official capacity as Director of the Ohio Department of Commerce), Akil Hardy (in his official capacity as Superintendent of the Ohio Division of Unclaimed Funds), Robert Sprague (in his official capacity as Ohio Treasurer), and Joy Bledsoe (in her official capacity as Executive Director of the Ohio Facilities Construction Commission)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's e-filing system on this 4th day of December, 2025 upon all counsel of record.

*/s/ Aneca E. Lasley*
Aneca E. Lasley (0072366)
