**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY BLEICK, et al., | ) | 2:2025-cv-01140 |
| | ) | |
| | ) | |
| Plaintiff, | ) | Judge Edmund A. Sargus Jr. |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| SHERYL MAXFIELD, *in her official* | ) | |
| *capacity as Director of Commerce*, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATIONS OF FACT FOR THE DECEMBER 8, 2025 HEARING ON**
**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR TEMPORARY**
**RESTRAINING ORDER**

For purposes of the hearing on Plaintiffs' Motion for Preliminary Injunction and for Temporary Restraining Order, scheduled for December 8, 2025, Plaintiffs Mary Bleick, Todd Butler, Allen Skierski, and Gary Petrime, and Defendants Sheryl Maxfield (in her official capacity as Director of the Ohio Department of Commerce), Akil Hardy (in his official capacity as Superintendent of the Ohio Division of Unclaimed Funds), Robert Sprague (in his official capacity as Ohio Treasurer), and Joy Bledsoe (in her official capacity as Executive Director of the Ohio Facilities Construction Commission), hereby stipulate as follows:

1.     Plaintiffs Mary Bleick, Todd Butler, Allen Skierski, and Gary Petrime filed this lawsuit challenging the amendments to Ohio Revised Code ("R.C.") Chapter 169.01, *et seq.*, relating to Ohio's Unclaimed Funds Trust Fund ("UFTF") with the passage of Ohio House Bill 96 ("H.B. 96").

2.     Defendant Sheryl Maxfield is the Director of the Ohio Department of Commerce and is sued in her official capacity.

1

3.      Defendant Akil Hardy is the Superintendent of the Division of Unclaimed Funds and is sued in his official capacity.

4.      The Division of Unclaimed Funds is a division of the Ohio Department of Commerce.

5.      Defendant Robert Sprague is the Ohio State Treasurer and is sued in his official capacity.

6.      Ohio's treatment of property deemed "unclaimed funds" is codified in Ohio Revised Code Chapter 169. R.C. § 169.01.

7.      Ohio's Unclaimed Funds Law – Ohio Rev. Code §§ 169.01 *et seq.* – requires that certain dormant funds are to be reported as unclaimed funds and remitted for deposit and held in the UFTF.

8.      The Division of Unclaimed Funds is charged with implementing the Unclaimed Funds Law and administering the unclaimed funds account and programs, including maintaining the UFTF.

9.      Entities holding property that meet the definition of "unclaimed funds," such as financial institutions, insurance companies, and public utilities, are required to annually review their books and records to identify dormant funds which are properly reportable to the Division of Unclaimed Funds. R.C. § 169.03.

10.     Before funds are moved from the holder to the UFTF, the statute requires holders to send notice to each owner of each item of unclaimed funds having a value of $50 or more at the last known address of the owner as shown by the records of the holder. R.C. § 169.03(E).

11.     Once the funds move into the UFTF, the Director of Commerce publishes an annual notice of unclaimed funds in all 88 Ohio counties, with specific reference to the names and last known addresses for unclaimed funds owners reportedly owed $50 or more. R.C. § 169.06.

12.     Additionally, the UFTF database, called the "Unclaimed Funds File," created and maintained by the Department of Commerce, may be downloaded from the Division of Unclaimed Funds' website here:

2

https://com.ohio.gov/divisions-and-programs/unclaimed-funds/finder/registered-finder/registered-finder.

13.    In the event individuals discover funds in the UFTF, they must submit a claim to the Division of Unclaimed Funds and provide evidence of ownership before the Division of Unclaimed Funds will pay the claim.

14.    The Division's website, as depicted herein, advises claimants that "Claims can take up to 120 days for us to review."



15.    In recent weeks, the Division has communicated to claimants that it has been taking longer than 120 days to process claims.

16.    Governor Mike DeWine signed H.B. 96 on June 30, 2025.

17.    H.B. 96, the State's biennial budget bill, included an amendment to Chapter 169 by adding subsection (I) to Ohio Revised Code § 169.08.

18.    Ohio Revised Code § 169.08(I)(3)(b) provides that the former owner or other person claiming a property interest in unclaimed funds that are deemed abandoned and have been

3

escheated to the state may file a claim for payment of an equivalent amount, together with interest earned by the state if required under division (D) of Ohio Revised Code Section 169.08, at any time on or before January 1, 2036.

19.　　Presently, there is over $4 billion in the UFTF.

20.　　The portion of the funds in the UFTF scheduled to escheat on January 1, 2016 is estimated to be valued at approximately $1.7 to $1.9 billion.

21.　　Funds in the UFTF include funds belonging to owners with last known addresses outside the State of Ohio, including foreign countries.

22.　　Each Plaintiff has verified through the Division's website that unclaimed funds associated with their name are currently held in the UFTF.

Respectfully submitted,

/s/ Jeffrey Crossman
Jeffrey A. Crossman (0073461)
Marc E. Dann (0039425)
Andrew M. Engel (0047371)
Brian Flick (0081605)
DANNLAW
15000 Madison Avenue
Lakewood, Ohio 44107
Tel: (216) 373-0539/Fax: (216) 373-0536
Notices@dannlaw.com
jcrossman@dannlaw.com
aengel@dannlaw.com
bflick@dannlaw.com

William W. Palmer
(*Pro Hac Vice*)
PALMER LAW GROUP, A PLC
907 Westwood Boulevard, No. 218
Los Angeles, California 90024
Tel: (310) 984-5074/Fax: (310) 491-0919
wpalmer@palmercorp.com

*Counsel for Plaintiffs Mary Bleick, Todd
Butler, Allen Skierski, and Gary Petrime*

/s/      Aneca E. Lasley
Aneca E. Lasley (0072366) (Trial Attorney)
Andrea E. Howell (0101138)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, Ohio 43215
Tel: (614) 462-2700/Fax: (614) 462-5135
Aneca.Lasley@icemiller.com
Andrea.Howell@icemiller.com

Joshua Klarfeld (0079833)
ICE MILLER LLP
600 Superior Ave East, Suite 1300
Cleveland, OH 44114
Tel: (216) 394-5063
Joshua.Klarfeld@icemiller.com

John D. French (#37629-53)
(*Pro Hac Vice*)
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Tel: (317) 236-2100/Fax: (317)-236-2219
JD.French@icemiller.com

*Special Counsel for Defendants Sheryl
Maxfield (in her official capacity as Director
of the Ohio Department of Commerce), Akil
Hardy (in his official capacity as
Superintendent of the Ohio Division of
Unclaimed Funds), Robert Sprague (in his
official capacity as Ohio Treasurer), and Joy
Bledsoe (in her official capacity as Executive
Director of the Ohio Facilities Construction
Commission)*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th  day of December, 2025, a true and accurate copy of the foregoing was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


*/s/ Jeffrey A. Crossman*
Jeffrey A. Crossman
Counsel for Plaintiffs