UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARY BLEICK**, *et al*.,
    Plaintiffs,

v.                                      Case Number 2:25-cv-1140
                                         Judge Edmund A. Sargus, Jr.

**SHERYL MAXFIELD**, *et al*.,
    Defendants.

# Oral Argument
## Monday, December 8, 2025
## before Judge Edmund A. Sargus, Jr.

For Plaintiffs: Marc Dann, William Palmer, Jeffrey Crossman
For Defendants: Aneca Lasley, Andrea Howell, Joshua Klarfeld, John French
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

Cross examination of Amy Schellhammer by plaintiffs (attorney Jeffrey Crossman).
Direct examination of Ms. Schellhammer by defendants (attorney Aneca Lasley).
Ms. Shellhammer testified to defendants exhibits 1, 2 and 3 and  video regarding unclaimed funds.
Recross examination of Ms. Schellhammer by plaintiffs (attorney Mr. Crossman).
Redirect examination of Ms. Schellhammer by defendants (attorney Ms. Lasley).

Jan Peters called by plaintiffs (attorney William Palmer).
Mr. Peters appearing via Zoom.
Cross examination by defendants (attorney Aneca Lasley).
Redirect examination by plaintiffs (attorney Mr. Palmer).
Recross examination by defendants (attorney Ms. Lasley).

Randy Hotz called by plaintiffs (attorney William Palmer).
Mr. Hotz appearing via Zoom.
Cross examination of Mr. Hotz by defendants (attorney Aneca Lasley).
Redirect examination of Mr. Hotz by plaintiffs (attorney Mr. Palmer).

Patrick Marr called by defendants (attorney Joshua Klarfeld).
Cross examination of Mr. Marr by plaintiffs (attorney William Palmer).
Redirect examination of Mr. Marr by defendants (attorney Mr. Klarfeld).
Recross examination of Mr. Marr by defendants (attorney Mr. Palmer).

Summation heard from plaintiffs and defendants.

Opinion and Order to follow.