# United States District Court for the Southern District of Ohio

MARY BLEICK, TODD BUTLER, ALLEN SKIERSKI, and GARY PETRIME

**Plaintiff,**

vs.

CASE NO. 2:2025-cv-1140

SHERYL MAXFIELD, AKIL HARDY, ROBERT SPRAGUE, JOY BLEDOSE

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs M. Bleick, T. Butler, A. Skierski, G. Petrime, hereby appeal (here name all parties taking the appeal) to the United States Court of Appeals for the Sixth Circuit from from an Order denying Plaintiffs' Motion for Preliminary Injunction and TRO (the final judgment) (from an order (describing it)) entered in this action on the 9th day of December, 2025.

(s) /s/ Marc E. Dann

Address: DannLaw
15000 Madison Avenue
Lakewood, Ohio 44107

Attorney for: Plaintiffs

6CA-3
1/99