**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| 2:23-cv-2543 | 2:25-cv-0501 | 2:25-cv-0975 |
| 2:23-cv-3349 | 2:25-cv-0506 | 2:25-cv-0991 |
| 2:23-cv-3753 | 2:25-cv-0530 | 2:25-cv-1026 |
| 2:24-cv-1237 | 2:25-cv-0533 | 2:25-cv-1043 |
| 2:24-cv-3133 | 2:25-cv-0544 | 2:25-cv-1104 |
| 2:24-cv-3702 | 2:25-cv-0574 | 2:25-cv-1140 |
| 2:24-cv-3747 | 2:25-cv-0587 | |
| 2:24-cv-3997 | 2:25-cv-0610 | |
| 2:24-cv-4148 | 2:25-cv-0620 | |
| 2:24-cv-4226 | 2:25-cv-0653 | |
| 2:24-cv-4236 | 2:25-cv-0684 | |
| 2:24-cv-4237 | 2:25-cv-0724 | |
| 2:24-cv-4314 | 2:25-cv-0732 | |
| 2:25-cv-0008 | 2:25-cv-0766 | |
| 2:25-cv-0380 | 2:25-cv-0789 | |
| 2:25-cv-0411 | 2:25-cv-0821 | |
| 2:25-cv-0416 | 2:25-cv-0882 | |
| 2:25-cv-0417 | 2:25-cv-0960 | |
| 2:25-cv-0485 | 2:25-cv-0974 | |

## **NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **March 2026**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on January 30, 2026** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio