UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARY BLEICK, *et al.*, | ) |
| Plaintiffs, | ) Case No.: 2:25-cv-01140 |
| v. | ) Judge Edmund A. Sargus, Jr. |
| SHERYL MAXFIELD, in her official capacity as Director of Commerce, *et al.*, | ) |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION TO CONTINUE MEDIATION

This matter is before the Court on the Joint Motion of Plaintiffs Mary Bleick, Todd Butler, Allen Skierski, and Gary Petrime and Defendants Sheryl Maxfield (in her official capacity as Director of the Ohio Department of Commerce), Akil Hardy (in his official capacity as Superintendent of the Ohio Division of Unclaimed Funds), Robert Sprague (in his official capacity as Ohio Treasurer), and Joy Bledsoe (in her official capacity as Executive Director of the Ohio Facilities Construction Commission) to Continue Mediation, filed on February 9, 2026. The Court, having reviewed the Joint Motion to Continue Mediation, and being duly advised, now GRANTS the Joint Motion to Continue Mediation. Mediation will be reset upon Parties' notice that mediation will be fruitful.

IT IS SO ORDERED.

s/ *Elizabeth A. Preston Deavers*
UNITED STATES MAGISTRATE JUDGE

Distribution List:
All counsel of record.