**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 21, 2026

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

　　　　Re:　　Case No. 25-3978, *Mary Bleick, et al v. Sheryl Maxfield, et al*
　　　　　　　Originating Case No. 2:25-cv-01140

Dear Mr. Nagel,

　　Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Ryan

cc: Mr. Jeffrey Alan Crossman
　　Mr. Marc E. Dann
　　Mr. Joshua Adam Klarfeld
　　Ms. Aneca E. Lasley
　　Mr. William Palmer

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 25-3978

_____

Filed: April 21, 2026

MARY BLEICK; TODD BUTLER; ALLEN SKIERSKI; GARY PETRIME

      Plaintiffs - Appellants

v.

SHERYL MAXFIELD; SUPERINTENDENT AKIL HARDY; ROBERT SPRAGUE; JOY BLEDSOE

      Defendants - Appellees

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 03/10/2026 the mandate for this case hereby issues today.

COSTS:  None