**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MARY BLEICK,** *et al.*,                     :
                                              :
      **Plaintiffs,**                     :
                                              :
                                              :    **Case No. 2:25-cv-1140**
    **v.**                                :    **Judge Edmund A. Sargus, Jr.**
                                              :    **Magistrate Judge S. Courter M. Shimeall**
                                              :
**SHERYL MAXFIELD,** *et al.*,                 :
                                              :
      **Defendants.**                     :

## <u>ORDER</u>

The United States Court of Appeals for the Sixth Circuit affirmed the District Court's denial of Plaintiffs' request for a preliminary injunction on March 10, 2026, and issued the mandate on April 21, 2026. (ECF Nos. 53 & 55.) Accordingly, the parties are **ORDERED** to submit a joint notice within **FOURTEEN (14) DAYS** proposing next steps, including whether a new case schedule is needed.

    **IT IS SO ORDERED.**

                        */s/ S. Courter M. Shimeall*
                        **S. COURTER M. SHIMEALL
UNITED STATES MAGISTRATE JUDGE**