IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARY BLEICK, *et al.*,                    :
                                          :
              Plaintiffs,                 :
                                          :
                                          :    Case No. 2:25-cv-01140
       v.                                 :    Judge Edmund A. Sargus, Jr.
                                          :    Magistrate Judge S. Courter M. Shimeall
                                          :
SHERYL MAXFIELD, *et al.*,                :
                                          :
              Defendants.                 :

## ORDER

This matter is before the Court on the parties' Joint Notice Relating to Case Schedule, wherein the parties request that the Court set a briefing schedule for Defendants' forthcoming Motion for Judgment on the Pleadings and modify the case schedule.  (ECF No. 57.)  The Court construes the parties' request as a motion to modify the case schedule and, so construed, the motion is **GRANTED in part** and **DENIED in part**.  The parties are **CAUTIONED** that the Court will be disinclined to grant further extensions of the case schedule absent extraordinary circumstances.

The case schedule is amended as follows:

|                                                | **Deadline**      |
|------------------------------------------------|-------------------|
| Defendants' MJOP                               | May 11, 2026      |
| Plaintiffs' Opposition to Defendants' MJOP     | June 15, 2026     |
| Defendants' Reply in Support of Defendants' MJOP | June 29, 2026   |
| Amendment/Joinder                              | June 30, 2026     |
| Initial Disclosures                            | June 30, 2026     |
| Discovery                                      | January 31, 2027  |
| Primary Expert                                 | March 17, 2027    |
| Rebuttal Expert                                | April 16, 2027    |
| Class Certification Motion                     | June 1, 2027      |
| Dispositive Motions                            | August 1, 2027    |
| Settlement Conference                          | March 2027        |

2

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**

2